UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

No.: 1:23-cv-6483

Plaintiffs,

**NOTICE OF APPEARANCE**

v.

COMPLETE HOME MEDICAL EQUIPMENT,
INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Notice is hereby given of the appearance of the undersigned as counsel for Milton Williams, On Behalf of Himself and All Other Persons Similarly Situated in the above-entitled action.  All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Jeffrey M. Gottlieb, Esq., (JG-7905)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

Dated: New York, New York
July 2, 2023

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

By: */s/Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.